PAMELA E. COGAN (SBN 105089)
STACY M. TUCKER (SBN 218942)
pcogan@rmkb.com, stucker@rmkb.com
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA  94063
Telephone:     (650) 364-8200
Facsimile:      (650) 780-1701

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLY GO,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. CV08-7253 VBF (AJWx)<br><br>**STIPULATION AND ORDER RE DISMISSSAL OF ACTION WITH PREJUDICE** |

  IT IS HEREBY STIPULATED by and between plaintiff, SALLY GO, and Defendant, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, by and through their attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice as to all Defendants.  Each party shall bear its own fees and costs.

//

//

RC1/5357630.1/SMT

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE CV08-7253 VBF

| | | |
|---|---|---|
| 1 | Dated:  August 20, 2009 | SHERNOFF BIDART DARRAS ECHEVERRIA, LLP |
| 2 | | |
| 3 | | |
| 4 | | By:/s/ *Frank Darras* <br> FRANK DARRAS <br> Attorneys for Plaintiff |
| 5 | | SALLY GO |
| 6 | Dated:  August 20, 2009 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 7 | | |
| 8 | | By:/s/ *Pamela E. Cogan* |
| 9 | | PAMELA E. COGAN <br> Attorneys for Defendants |
| 10 | | LIBERTY LIFE ASSURANCE <br> COMPANY OF BOSTON |

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

RC1/5357630.1/SMT

- 2 -

STIPULATION AND [PROPOSED] ORDER RE
DISMISSAL WITH PREJUDICE CV08-7253 VBF

## ORDER

**IT IS HEREBY ORDERED** that, pursuant to the parties' Stipulation Re Dismissal of Action with Prejudice, this action shall be, and hereby is, dismissed with prejudice as to all defendants. Each party shall bear its own fees and costs.

Dated: August 23, 2009

*Valerie Baker Fairbank*
Hon. Valerie B. Fairbank